**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wayne H. Mc Reynolds,<br><br>　　　　Defendant,<br><br>　　and<br><br>MP Environmental Services, Inc.<br><br>　　　　Garnishee-Defendant. | No.  CIV 01-1869-PHX-DKD<br><br>**ORDER QUASHING<br>WRIT OF CONTINUING<br>GARNISHMENT** |

　　Upon consideration of the Motion to Quash Writ of Continuing Garnishment filed by the plaintiff in the above cause,

　　IT IS HEREBY ORDERED that the Writ of Continuing Garnishment issued on or about June 17, 2005 is hereby quashed.

　　DATED this 19th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ David K. Duncan
　　　	　　　　　　　　　　　　　　　　　　　　　　　David K. Duncan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge